DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER JANIVER,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D20-418

[February 11, 2021]

Appeal from the State of Florida Department of Children and Families. Case No. 1483815820, 19F-07930.

Jennifer Janiver, Davie, pro se.

Edmund M. Haskins, Assistant Regional Legal Counsel of State of Florida Department of Children and Families, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***